[No. 270.  Decided January 29, 1892.]

OLE RUUD, *Appellant*, v. ANNIE JENSEN, *Respondent*.

*Appeal from Superior Court, Douglas County.*

*George Bradley*, for appellant.
*Reneau & Mallory*, for respondent.

HOYT, J.—This action is of the some nature as that of *Newhouse v. Simino, ante*, p. 648, and the judgment rendered herein cannot stand in the light of the discussion in that cause; and the further point is well taken in this case that the verdict and judgment were totally unwarranted by the proofs, and more in the nature of the finding of friendly arbitrators than of a jury upon legal question submitted to them.

The judgment must be reversed, and the cause remanded with instructions to dismiss the action; neither party to recover costs in this court, or in the court below.

ANDERS, C. J., and STILES, Scott and DUNBAR, JJ., concur.

---

[No. 405.  Decided February 10, 1892.]

CHAUNCY W. GRIGGS, *Respondent*, v. THE CITY OF TACOMA, GRATTAN H. WHEELER, *Treasurer*, AND CHARLES E. HILL, *City Clerk, Appellants*.

[No. 403.  Decided February 10, 1892.]

EBEN PIERCE, MARY E. HOWELL, PIERCE LOAN AND INVESTMENT COMPANY, AND GEORGE P. LEE, *Respondents*, v. THE CITY OF TACOMA, GRATTAN H. WHEELER, *Treasurer*, AND CHARLES E. HILL, *City Clerk, Appellants*.

*Appeal from Superior Court, Pierce County.*

*S. C. Milligan* and *M. B. Hoxie*, for appellants.
*Seymour, Griggs & Lockwood*, for respondents.

HOYT, J.—These cases present the same questions as that of *Howell v. Tacoma, ante*, p. 711, and for the reasons stated in the opinion in that case, the judgments must be affirmed.

ANDERS, C. J., and SCOTT, DUNBAR and STILES, JJ., concur.